**Frankie L. McCOY, Sr.,**
**Plaintiff–Appellant,**

v.

William **BRUDER**, Lieutenant; David C. Dozier, O.I.C., Co. II; Unknown Named Defendants, Individual and Official Capacity; Thomas McPherson, Nurse; Charles Hampsey; Gary Smith, Lieutentant (RCI); Dorine White (MHC); Correctional Medical Services, Incorporated, Defendants–Appellees.

No. 00–7460.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Frankie L. McCoy, Sr., pro se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Philip Melton Andrews, John Augustine Bourgeois, Kramon & Graham, Baltimore, MD, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Frankie L. McCoy, Sr., a Maryland inmate, appeals the district court's order granting summary judgment to Defendants and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCoy v. Bruder,* No. CA–99–3026–L (D.Md. Sept. 11, 2000). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*